UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD CLARK (#478056)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 10-246-RET

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 10, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion to Dismiss is granted in part and denied in part. The motion is granted as to the plaintiff's claims against defendants Warden Rader and Asst. Warden Coston. The motion is denied as to the plaintiff's claims under the ADA against Sec. LeBlanc and Lt. Lewis in their official capacities, and as to his claims under § 1983 against defendant Lt. Lewis in his individual capacity.

Baton Rouge, Louisiana, March 2, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA